# LA CARRIERS, L.L.C.
## Customer Open Balance
### All Transactions

| Type | Date | Num | Memo | Due Date | Open Balance | Amount |
|---|---|---|---|---|---|---|
| **RIGID CONSTRUCTORS** | | | | | | |
| **25-197** | | | | | | |
| Invoice | 12/12/2025 | 26554 | bj - CHARTER + CREDIT (M721 INCIDENT) - 12/1-12/10 | 02/10/2026 | 17,250.00 | 17,250.00 |
| Invoice | 12/16/2025 | 26560 | CHARTER - LT - 12/5-12/15 - RIGID / CAMERON + CREDIT STARBOARD SHAFT LEAK - 12/8/25 | 02/14/2026 | 56,541.65 | 56,541.65 |
| Invoice | 12/16/2025 | 26561 | LE CHARTER + CREDITS - 12/1-12/15/25 | 02/14/2026 | 63,968.75 | 63,968.75 |
| Invoice | 01/02/2026 | 26578 | LT/LE - CHARTER - 12/16-12/31/25 | 03/03/2026 | 184,000.00 | 184,000.00 |
| Invoice | 01/16/2026 | 26587 | LE - CHARTER - 1/1-1/15/26 - CAMERON PROJECT | 03/17/2026 | 86,250.00 | 86,250.00 |
| Invoice | 01/16/2026 | 26588 | LT - CHARTER - 1/1-1/15/26 - CAMERON PROJECT | 03/17/2026 | 86,250.00 | 86,250.00 |
| Invoice | 02/02/2026 | 26605 | LE/LT - CHARTER - 1/16-1/31/26 | 04/03/2026 | 184,000.00 | 184,000.00 |
| Invoice | 02/16/2026 | 26623 | LE/LT - CHARTER - 2/1-2/15/26 | 04/17/2026 | 172,500.00 | 172,500.00 |
| Invoice | 03/02/2026 | 26630 | LT / LE - CHARTER - 2/16-2/28/26 | 05/01/2026 | 149,500.00 | 149,500.00 |
| Invoice | 03/16/2026 | 26648 | LE/LT - CHARTER - 3/1-3/15/26 | 05/15/2026 | 172,500.00 | 172,500.00 |
| Invoice | 03/30/2026 | 26658 | LE/LT - CHARTER + F/L OWED: 3/16-3/28 F/L FOR WHOLE JOB | 05/29/2026 | 190,580.79 | 190,580.79 |
| **Total 25-197** | | | | | 1,363,341.19 | 1,363,341.19 |
| **Total RIGID CONSTRUCTORS** | | | | | 1,363,341.19 | 1,363,341.19 |
| **TOTAL** | | | | | **1,363,341.19** | **1,363,341.19** |

Case 2:26-cv-01307-JDC-TPL Document 1-2 Filed 04/23/26 Page 1 of 12 PageID #: 15

**LA CARRIERS, L.L.C.**

PO BOX 1626
LAROSE, LA 70373
(985)693-5858

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/12/2025 | 26554 |

**Bill To**

RIGID CONSTRUCTORS
SHANE DUPRE
7616 JOHNSTON ST.
MAURICE, LA 70555
USA

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 60 | 25-197 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | To invoice you for the services of the M/V Beaux Joseph per the attached logs / hire report. | | |
| 9.03125 | VESSEL CHARTER - BEAUX JOSEPH - DAY RATE<br>PRECEDING INVOICE #26533 SENT 12/1/2025 FOR CHARTER FROM<br>11/16-11/30/2025<br>START: 0001 CST ON 12/1/2025<br>STOP: 0045 CST ON 12/10/2025 | 5,750.00 | 51,929.69 |
| 6.03125 | VESSEL CHARTER - BEAUX JOSEPH - DAY RATE CREDIT M 721<br>START: 0001 CST ON 12/4/2025<br>STOP: 0045 CST ON 12/10/2025 | -5,750.00 | -34,679.69 |
| 2,019 | FUEL CHARGE - BEAUX JOSEPH<br>FUEL USED BETWEEN 12/4 @ 0001 CST - 12/10 @ 0045 CST PER ATTACHED<br>LOGS | 2.5621 | 5,172.88 |
| 2,019 | FUEL CHARGE - BEAUX JOSEPH CREDIT<br>FUEL USED BETWEEN 12/4 @ 0001 CST - 12/10 @ 0045 CST PER ATTACHED<br>LOGS | -2.5621 | -5,172.88 |
| | 7,455 GL OF FUEL AND 21 GL OF LUBE OWED AS OF 12/3/2025 @ 0001 - WILL<br>REPLACE DIRECTLY ON RIGID'S ACCOUNT AT LATER DATE | | |

| **Total** | **$17,250.00** |
|-----------|----------------|

# Invoice

LA CARRIERS, L.L.C.

PO BOX 1626
LAROSE, LA 70373
(985)693-5858

| Date | Invoice # |
|------|-----------|
| 12/16/2025 | 26560 |

**Bill To**

RIGID CONSTRUCTORS
SHANE DUPRE
7616 JOHNSTON ST.
MAURICE, LA 70555
USA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|          | Net 60 | 25-197 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|          | To invoice you for the services of the M/Vs Lady Terea per the attached logs / hire report. | | |
| 10.70833 | VESSEL CHARTER - LADY TEREA - DAY RATE<br>START: 0700 CST ON 12/5/2025<br>BILLED THROUGH: 2359 CST ON 12/15/2025 | 5,750.00 | 61,572.90 |
| 0.875 | VESSEL CHARTER - LADY TEREA - CREDIT - STARBOARD SHAFT FAILURE<br>START: 0600 CST ON 12/8/2025<br>STOP: 0300 CST ON 12/9/2025 | -5,750.00 | -5,031.25 |

| | |
|---|---|
| 1.5% LATE CHARGE AFTER 60 DAYS. ALSO LIABLE FOR ANY LEGAL AND COLLECTION COSTS IN RELATION TO INVOICE | **Total**      $56,541.65 |

# Invoice

LA CARRIERS, L.L.C.

PO BOX 1626
LAROSE, LA 70373
(985)693-5858

| Date | Invoice # |
|---|---|
| 12/16/2025 | 26561 |

| Bill To |
|---|
| RIGID CONSTRUCTORS<br>SHANE DUPRE<br>7616 JOHNSTON ST.<br>MAURICE, LA 70555<br>USA |

| P.O. No. | Terms | Project |
|---|---|---|
| | Net 60 | 25-197 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | To invoice you for the services of the M/V Lady Edwina per the attached logs / hire reports. | | |
| 15 | VESSEL CHARTER - LADY EDWINA - DAY RATE<br>PRECEDING INVOICE #26534 SENT 12/1/25 FOR CHARTER FROM 11/16-11/30/25<br>START: 0001 CST ON 12/1/2025<br>BILLED THROUGH: 2359 CST ON 12/15/2025 | 5,750.00 | 86,250.00 |
| 1 | VESSEL CHARTER - LADY EDWINA - DAY RATE CREDIT - M721<br>START: 0001 CST ON 12/4/2025<br>STOP: 2359 CST ON 12/4/2025 | -5,750.00 | -5,750.00 |
| 1.5 | VESSEL CHARTER - LADY EDWINA - DAY RATE CREDIT - x1 CAPTAIN -12 HOUR BOAT<br>START: 0001 CST ON 12/5/2025<br>STOP: 2359 CST ON 12/7/2025 | -5,750.00 | -8,625.00 |
| 1.375 | VESSEL CHARTER - LADY EDWINA - DAY RATE CREDIT - LADY TEREA - STARBOARD SHAFT LEAK - UNABLE TO PERFORM ANY WORK / LACK OF CREW<br>START: 0001 CST ON 12/8/2025<br>STOP: 0700 CST ON 12/9/2025 | -5,750.00 | -7,906.25 |

| 1.5% LATE CHARGE AFTER 60 DAYS. ALSO LIABLE FOR ANY LEGAL AND COLLECTION COSTS IN RELATION TO INVOICE | **Total** | $63,968.75 |
|---|---|---|

# Invoice

**LA CARRIERS, L.L.C.**

PO BOX 1626
LAROSE, LA 70373
(985)693-5858

| Date | Invoice # |
|---|---|
| 1/2/2026 | 26578 |

| Bill To |
|---|
| RIGID CONSTRUCTORS<br>SHANE DUPRE<br>7616 JOHNSTON ST.<br>MAURICE, LA 70555<br>USA |

| P.O. No. | Terms | Project |
|---|---|---|
|  | Net 60 | 25-197 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | To invoice you for the services of the M/Vs Lady Edwina and Lady Terea per the attached logs / hire reports. |  |  |
| 16 | VESSEL CHARTER - LADY EDWINA - DAY RATE<br>PRECEDING INVOICE #26561 SENT 12/16/2025 FOR CHARTER FROM 12/1-12/15/2025<br>START: 0001 CST ON 12/16/2025<br>BILLED THROUGH: 2359 CST ON 12/31/2025 | 5,750.00 | 92,000.00 |
| 16 | VESSEL CHARTER - LADY TEREA - DAY RATE<br>PRECEDING INVOICE #26560 SENT 12/16/2025 FOR CHARTER FROM 12/1-12/15/2025<br>START: 0001 CST ON 12/16/2025<br>BILLED THROUGH: 2359 CST ON 12/31/2025 | 5,750.00 | 92,000.00 |

1.5% LATE CHARGE AFTER 60 DAYS. ALSO LIABLE FOR ANY LEGAL AND COLLECTION COSTS IN RELATION TO INVOICE

**Total** $184,000.00

# Invoice

LA CARRIERS, L.L.C.

PO BOX 1626
LAROSE, LA 70373
(985)693-5858

| Date | Invoice # |
|------|-----------|
| 1/16/2026 | 26587 |

| Bill To |
|---------|
| RIGID CONSTRUCTORS<br>SHANE DUPRE<br>7616 JOHNSTON ST.<br>MAURICE, LA 70555<br>USA |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 60 | 25-197 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | To invoice you for the services of the M/V Lady Edwina per the attached logs / hire report. |  |  |
| 15 | VESSEL CHARTER - LADY EDWINA - DAY RATE<br>PRECEDING INVOICE #26578 SENT 1/2/26 FOR CHARTER FROM 12/16-12/31/25<br>START: 0001 CST ON 1/1/2026<br>BILLED THROUGH: 2359 CST ON 1/15/2026 | 5,750.00 | 86,250.00 |

1.5% LATE CHARGE AFTER 60 DAYS. ALSO LIABLE FOR ANY LEGAL AND COLLECTION COSTS IN RELATION TO INVOICE

**Total** $86,250.00

LA CARRIERS, L.L.C.

**Invoice**

PO BOX 1626
LAROSE, LA 70373
(985)693-5858

| Date | Invoice # |
|------|-----------|
| 1/16/2026 | 26588 |

| Bill To |
|---------|
| RIGID CONSTRUCTORS<br>SHANE DUPRE<br>7616 JOHNSTON ST.<br>MAURICE, LA 70555<br>USA |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 60 | 25-197 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | To invoice you for the services of the M/V Lady Terea per the attached logs / hire report. | | |
| 15 | VESSEL CHARTER - LADY TEREA - DAY RATE<br>PRECEDING INVOICE #: 26578 SENT 1/2/2026 FOR CHARTER FROM<br>12/16-12/31/25<br>START: 0001 CST ON 1/1/2026<br>BILLED THROUGH: 2359 CST ON 1/15/2026 | 5,750.00 | 86,250.00 |

| | |
|---|---|
| 1.5% LATE CHARGE AFTER 60 DAYS. ALSO LIABLE FOR ANY LEGAL AND COLLECTION COSTS IN RELATION TO INVOICE | **Total** $86,250.00 |

# Invoice

**LA CARRIERS, L.L.C.**

PO BOX 1626
LAROSE, LA 70373
(985)693-5858

| Date | Invoice # |
|------|-----------|
| 2/2/2026 | 26605 |

| Bill To |
|---------|
| RIGID CONSTRUCTORS<br>SHANE DUPRE<br>7616 JOHNSTON ST.<br>MAURICE, LA 70555<br>USA |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 60 | 25-197 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | To invoice you for the services of the M/Vs Lady Edwina & Lady Terea per the attached logs / hire report. | | |
| 16 | VESSEL CHARTER - LADY EDWINA - DAY RATE<br>PRECEDING INVOICE #: 26587 SENT 1/16/26 FOR CHARTER FROM 1/1-1/15/2026<br>START: 0001 CST ON 1/16/2026<br>BILLED THROUGH: 2359 CST ON 1/31/2026 | 5,750.00 | 92,000.00 |
| 16 | VESSEL CHARTER - LADY TEREA - DAY RATE<br>PRECEDING INVOICE #: 26588 SENT 1/16/26 FOR CHARTER FROM 1/1-1/15/2026<br>START: 0001 CST ON 1/16/2026<br>BILLED THROUGH: 2359 CST ON 1/31/2026 | 5,750.00 | 92,000.00 |

**Total** $184,000.00

# Invoice

LA CARRIERS, L.L.C.

PO BOX 1626
LAROSE, LA 70373
(985)693-5858

| Date | Invoice # |
|------|-----------|
| 2/16/2026 | 26623 |

**Bill To**

RIGID CONSTRUCTORS
SHANE DUPRE
7616 JOHNSTON ST.
MAURICE, LA 70555
USA

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 60 | 25-197 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | To invoice you for the services of the M/Vs Lady Edwina and Lady Terea per the attached logs / hire report. |  |  |
| 15 | VESSEL CHARTER - LADY EDWINA - DAY RATE<br>PRECEDING INVOICE #: 26605 SENT 2/2/2026 FOR CHARTER FROM<br>1/16-1/31/26<br>START: 0001 CST ON 2/1/2026<br>BILLED THROUGH: 2359 CST ON 2/15/2026 | 5,750.00 | 86,250.00 |
| 15 | VESSEL CHARTER - LADY TEREA - DAY RATE<br>PRECEDING INVOICE #: 26605 SENT 2/2/2026 FOR CHARTER FROM<br>1/16-1/31/26<br>START: 0001 CST ON 2/1/2026<br>BILLED THROUGH: 2359 CST ON 2/15/2026 | 5,750.00 | 86,250.00 |

1.5% LATE CHARGE AFTER 60 DAYS. ALSO LIABLE FOR ANY LEGAL AND COLLECTION COSTS IN RELATION TO INVOICE

**Total**  $172,500.00

LA CARRIERS, L.L.C.

# Invoice

PO BOX 1626
LAROSE, LA 70373
(985)693-5858

| Date | Invoice # |
|------|-----------|
| 3/2/2026 | 26630 |

| Bill To |
|---------|
| RIGID CONSTRUCTORS<br>SHANE DUPRE<br>7616 JOHNSTON ST.<br>MAURICE, LA 70555<br>USA |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 60 | 25-197 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | To invoice you for the services of the M/Vs Lady Edwina and Lady Terea per the attached logs / hire report. | | |
| | PRECEDING INVOICE #: 26623 SENT 2/16/26 FOR CHARTER FROM 2/1-2/15/26 FOR BOTH THE M/V LADY EDWINA & LADY TEREA | | |
| 13 | VESSEL CHARTER - LADY EDWINA - DAY RATE<br>START: 0001 CST ON 2/16/2026<br>BILLED THROUGH: 2359 CST ON 2/28/2026 | 5,750.00 | 74,750.00 |
| 13 | VESSEL CHARTER - LADY TEREA - DAY RATE<br>START: 0001 CST ON 2/16/2026<br>BILLED THROUGH: 2359 CST ON 2/28/2026 | 5,750.00 | 74,750.00 |

| | **Total** | $149,500.00 |
|--|-----------|-------------|

# Invoice

LA CARRIERS, L.L.C.

PO BOX 1626
LAROSE, LA 70373
(985)693-5858

| Date | Invoice # |
|------|-----------|
| 3/16/2026 | 26648 |

| Bill To |
|---------|
| RIGID CONSTRUCTORS<br>SHANE DUPRE<br>7616 JOHNSTON ST.<br>MAURICE, LA 70555<br>USA |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 60 | 25-197 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | To invoice you for the services of the M/V Lady Edwina and M/V Lady Terea per the attached logs / hire report. |  |  |
| 15 | VESSEL CHARTER - LADY EDWINA - DAY RATE<br>PRECEDING INVOICE #: 26630 SENT 3/2/2026 FOR CHARTER FROM 2/16-2/28/2026<br>START: 0001 CST ON 3/1/2026<br>BILLED THROUGH: 2359 CST ON 3/15/2026 | 5,750.00 | 86,250.00 |
| 15 | VESSEL CHARTER - LADY TEREA - DAY RATE<br>PRECEDING INVOICE #: 26630 SENT 3/2/2026 FOR CHARTER FROM 2/16-2/28/2026<br>START: 0001 CST ON 3/1/2026<br>BILLED THROUGH: 2359 CST ON 3/15/2026 | 5,750.00 | 86,250.00 |

1.5% LATE CHARGE AFTER 60 DAYS. ALSO LIABLE FOR ANY LEGAL AND COLLECTION COSTS IN RELATION TO INVOICE

**Total**  $172,500.00

LA CARRIERS, L.L.C.

PO BOX 1626
LAROSE, LA 70373
(985)693-5858

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/30/2026 | 26658 |

| Bill To |
|---------|
| RIGID CONSTRUCTORS<br>SHANE DUPRE<br>7616 JOHNSTON ST.<br>MAURICE, LA 70555<br>USA |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Net 60 | 25-197 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | To invoice you for the services of the M/Vs Lady Edwina and Lady Terea per the attached logs / hire reports. | | |
| 13 | VESSEL CHARTER - LADY EDWINA - DAY RATE<br>PRECEDING INVOICE #: 26648 SENT 3/16/2026 FOR CHARTER FROM 3/1-3/15/2026<br>START: 0001 CST ON 3/16/2026<br>STOP: 2359 CST ON 3/28/2026 | 5,750.00 | 74,750.00 |
| 3,875 | FUEL CHARGE - LADY EDWINA<br>START FUEL: 15,000 GAL<br>STOP FUEL: 11,125 GAL<br>FUEL OWED: 3,875 GAL | 5.068 | 19,638.50 |
| 177 | ENGINE LUBRICANT CHARGE - LADY EDWINA<br>START LUBE: 220 GAL<br>STOP LUBE: 43 GAL<br>LUBE OWED: 177 GAL | 25.00 | 4,425.00 |
| 12.66667 | VESSEL CHARTER - LADY TEREA<br>PRECEDING INVOICE #: 26648 SENT 3/16/2026 FOR CHARTER FROM 3/1-3/15/2026<br>START: 0001 CST ON 3/16/2026<br>STOP: 1600 CST ON 3/28/2026 | 5,750.00 | 72,833.35 |
| 2,705 | FUEL CHARGE - LADY TEREA<br>START FUEL: 13,430 GAL<br>STOP FUEL: 10,725 GAL<br>FUEL OWED: 2,705 GAL | 5.068 | 13,708.94 |
| 209 | ENGINE LUBRICANT CHARGE - LADY TEREA<br>START LUBE: 287 GAL<br>STOP LUBE: 78 GAL<br>LUBE OWED: 209 GAL | 25.00 | 5,225.00 |

1.5% LATE CHARGE AFTER 60 DAYS. ALSO LIABLE FOR ANY LEGAL AND COLLECTION COSTS IN RELATION TO INVOICE

| **Total** | $190,580.79 |
|-----------|-------------|