**Glascoe, Austin**

| | |
|---|---|
| **From:** | Shane Dupre <shane.dupre@rigidconstructors.com> |
| **Sent:** | Thursday, March 26, 2026 8:13 PM |
| **To:** | John Plaisance |
| **Cc:** | Tristen Plaisance; Mike Bailey; Mark Comeaux; Tyler Pierret; Tommy Plaisance; Tricia Steed; Mandy Rousseau; Accounts Payable; info@settco.com |
| **Subject:** | Re: Aging Report Request |

Understood John.

We can have further discussions after this is done. Construction and marine terms etc etc. a vessel has been given orders to head that way from our Freeport operation.



## Shane Dupre

*Vice President,*
Marine Transportation & Logistics

📱 985-714-1048

✉️ shane.dupre@rigidconstructors.com

🌐 www.rigidconstructors.com

📍 7616 Johnston St. Maurice, LA 70555



**Shane Dupre**
**Vice President of Marine Logistics**
**Cell: 985-714-1048**



On Mar 26, 2026, at 7:53 PM, John Plaisance <johnp@lacarriers.net> wrote:

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender.

1

Thanks, Shane.  We will leave at least one vessel to monitor the staging operations and as a courtesy for the next 48 hours or until you secure replacement tugs.  We appreciate the opportunity to serve you; however, we cannot work with these payment terms.   I have included info@settco.com on the email thread because there is no other contact email for Settoon Capital on their website.  I am available at 7am if anyone would like to discuss the situation.

Thanks,
John Plaisance
318.372.8467

On Thu, Mar 26, 2026 at 5:55 PM Shane Dupre <shane.dupre@rigidconstructors.com> wrote:

> Well understood.
>
> Thanks Tristen,
>
>
>
>
> **Shane Dupre**
> *Vice President,*
> Marine Transportation & Logistics
>
> 985-714-1048
>
> shane.dupre@rigidconstructors.com
>
> www.rigidconstructors.com
>
> 7616 Johnston St. Maurice, LA 70555
>
>
>
>
> **Shane Dupre**
> **Vice President of Marine Logistics**
> **Cell: 985-714-1048**
>
>
>
>> On Mar 26, 2026, at 5:37 PM, Tristen Plaisance <tristenp@lacarriers.net> wrote:

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender.

Shane, we will go ahead and demobilize the tugs within the next couple of hours.


Thank You,
Tristen Plaisance
Work: (985) 693-5858
Cell: (504) 909-3207

Sent From iPhone


On Mar 26, 2026, at 5:13 PM, Shane Dupre <shane.dupre@rigidconstructors.com> wrote:


Hey Tristen,

Gave you a call. If you are someone from your group would like to reach back out.

Thanks in advance,



**Shane Dupre**
*Vice President,*
Marine Transportation & Logistics

📱 985-714-1048

✉ shane.dupre@rigidconstructors.com

🌐 www.rigidconstructors.com

📍 7616 Johnston St. Maurice, LA 70555

---

**From:** Shane Dupre <shane.dupre@rigidconstructors.com>
**Sent:** Thursday, March 26, 2026 4:10 PM
**To:** Tristen Plaisance <tristenp@lacarriers.net>
**Cc:** Mike Bailey <mbailey@rigidconstructors.com>; Mark Comeaux <Mark@rigidconstructors.com>; Tyler Pierret <tpierret@rigidconstructors.com>; John Plaisance

<johnp@lacarriers.net>; Tommy Plaisance <tommyp@lacarriers.net>;
Tricia Steed <tricias@lacarriers.net>; Mandy Rousseau
<mandy.rousseau@rigidconstructors.com>; Accounts Payable
<AP@rigidconstructors.com>
**Subject:** Re: Aging Report Request

Confirming and will be getting back to you.



### Shane Dupre

*Vice President,*
Marine Transportation & Logistics

📱 985-714-1048

✉️ shane.dupre@rigidconstructors.com

🌐 www.rigidconstructors.com

📍 7616 Johnston St. Maurice, LA 70555

---

**From:** Tristen Plaisance <tristenp@lacarriers.net>
**Sent:** Thursday, March 26, 2026 3:47 PM
**To:** Shane Dupre <shane.dupre@rigidconstructors.com>
**Cc:** Mike Bailey <mbailey@rigidconstructors.com>; Mark Comeaux
<Mark@rigidconstructors.com>; Tyler Pierret
<tpierret@rigidconstructors.com>; John Plaisance
<johnp@lacarriers.net>; Tommy Plaisance <tommyp@lacarriers.net>;
Tricia Steed <tricias@lacarriers.net>; Mandy Rousseau
<mandy.rousseau@rigidconstructors.com>; Accounts Payable
<AP@rigidconstructors.com>
**Subject:** Re: Aging Report Request

> **CAUTION:** This email originated from outside the
> organization. Do not click links or open attachments unless
> you recognize the sender.

Shane,

Just checking in on the status of this.

On Thu, Mar 26, 2026 at 9:17 AM Tristen Plaisance
<tristenp@lacarriers.net> wrote:

Shane,

We do need to ask that the full $321,760.40 — including invoice
#26578 — be wired today. We've done our best to show

flexibility by pushing #26587 and #26588 to end of next week, and we truly appreciate your willingness to work with us. We just aren't in a position to move the $184,000 any further out given where it sits on the aging.

On Thu, Mar 26, 2026 at 9:05 AM Shane Dupre <shane.dupre@rigidconstructors.com> wrote:

> I do understand the position you are taking. We have spoken prior about adding a precent charge on top anything that is late to make this all work as well. Is that not something we can do here in the moment? We finally have secured a better system in place that will allow more rock to be delivered per month which should speed up everything.



**Shane Dupre**
*Vice President,*
Marine Transportation & Logistics

📱 985-714-1048

✉ shane.dupre@rigidconstructors.com

🌐 www.rigidconstructors.com

📍 7616 Johnston St. Maurice, LA 70555

**From:** Tristen Plaisance <tristenp@lacarriers.net>
**Sent:** Thursday, March 26, 2026 8:42 AM
**To:** Shane Dupre <shane.dupre@rigidconstructors.com>
**Cc:** Mike Bailey <mbailey@rigidconstructors.com>; Mark Comeaux <Mark@rigidconstructors.com>; Tyler Pierret <tpierret@rigidconstructors.com>; John Plaisance <johnp@lacarriers.net>; Tommy Plaisance <tommyp@lacarriers.net>; Tricia Steed <tricias@lacarriers.net>; Mandy Rousseau <mandy.rousseau@rigidconstructors.com>; Accounts Payable <AP@rigidconstructors.com>
**Subject:** Re: Aging Report Request

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender.

Shane,

I understand the ask, but unfortunately we are not able to push invoice #26578 into next week. At 23 days past due, we've

already extended as much flexibility as we can on this one.

We need the full $321,760.40 wired today — that's the arrangement we can stand behind. We've already agreed to push #26587 and #26588 to the end of next week as a courtesy, and we'd like to keep that agreement in place.

Please confirm you're moving forward with the full amount today and send us wire confirmation once it's initiated. We want to keep things running smoothly for both of us, but we do need that commitment today.

On Wed, Mar 25, 2026 at 5:02 PM Shane Dupre <shane.dupre@rigidconstructors.com> wrote:

Tristen,

Is there anyway we can push the 184 into next week? Can you guys work with us on that?



**Shane Dupre**

*Vice President,*
Marine Transportation & Logistics

📱 985-714-1048

✉ shane.dupre@rigidconstructors.com

🌐 www.rigidconstructors.com

📍 7616 Johnston St. Maurice, LA 70555



**Shane Dupre**
**Vice President of Marine Logistics**
**Cell: 985-714-1048**



On Mar 25, 2026, at 4:46 PM, Tristen Plaisance <tristenp@lacarriers.net> wrote:

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender.

Hey Shane,

Thank you for the prompt response — we appreciate it.
We can work with you on the following arrangement:

• Invoice #26554 – $17,250.00
• Invoice #26560 – $56,541.65
• Invoice #26561 – $63,968.75
• Invoice #26578 – $184,000.00

Total Due Tomorrow: $321,760.40

Regarding invoice #26578 for $184,000.00 — we understand this may be a stretch, but this invoice is now well past due and we do need to include it in tomorrow's payment. We've done our best to work with you on the overall balance, and we're confident you'll agree this is a fair ask given the aging on that one.

In return, we are happy to extend invoices #26587 and #26588 ($86,250.00 each) to the end of next week, giving you additional time to arrange those funds without any disruption to operations.

Please initiate the wire/ACH for $321,760.40 first thing tomorrow morning and reply with confirmation once it has been sent. Our vessels will remain in place based on this agreement.

We value the relationship with Rigid and want to keep things moving smoothly on both ends. Thank you for working through this with us, Shane.

Thank You,
Tristen Plaisance
Work: (985) 693-5858
Cell: (504) 909-3207

Sent From iPhone

> On Mar 25, 2026, at 4:10 PM, Shane Dupre <shane.dupre@rigidconstructors.com> wrote:
>
> Hey Tristen,
>
> We will be sending funds for the following invoices tomorrow.
>
> 26554
> 26560
> 26561
>
> Which will be a total of $137,760.40. We just received funds for the December work and placement.



**Shane Dupre**
*Vice President,*
Marine Transportation & Logistics

985-714-1048

shane.dupre@rigidconstructors.com

www.rigidconstructors.com

7616 Johnston St. Maurice, LA 70555

**From:** Tristen Plaisance <tristenp@lacarriers.net>
**Sent:** Wednesday, March 25, 2026

8

1:46 PM
**To:** Shane Dupre <shane.dupre@rigidconstructors.com>
**Cc:** Mike Bailey <mbailey@rigidconstructors.com>; Mark Comeaux <Mark@rigidconstructors.com>; Tyler Pierret <tpierret@rigidconstructors.com>; John Plaisance <johnp@lacarriers.net>; Tommy Plaisance <tommyp@lacarriers.net>; Tricia Steed <tricias@lacarriers.net>; Mandy Rousseau <mandy.rousseau@rigidconstructors.com>; Accounts Payable <AP@rigidconstructors.com>
**Subject:** Re: Aging Report Request

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender.

Good Afternoon Shane,

This is an urgent notice regarding your outstanding past due invoices totaling $494,260.40. We require full payment by Thursday afternoon via wire transfer or ACH to avoid interruption of service.

The following invoices are currently past due:

- Invoice #26554 – $17,250.00
- Invoice #26560 – $56,541.65
- Invoice #26561 – $63,968.75
- Invoice #26578 – $184,000.00
- Invoice #26587 – $86,250.00
- Invoice #26588 – $86,250.00

Total Amount Due: $494,260.40

Please be advised that if payment

9

is not received in full by end of business on Thursday, we will have no choice but to recall our vessels effective Friday morning.

To avoid this, please remit payment immediately via wire transfer or ACH and reply to this email with confirmation of payment. If you have any questions regarding wire instructions, contact us right away.

We value our relationship and want to resolve this quickly — but we must insist on immediate payment to continue operations.



**LA CARRIERS, LLC**

Regards,
Tristen Plaisance | V.P. of Operations
O: (985) 693-5858 | D: (985) 693-5406 | C: (504) 909-3207
www.lacarriers.net

On Mon, Mar 23, 2026 at 7:26 AM Tristen Plaisance <tristenp@lacarriers.net> wrote:
 Good Morning Shane,

 Just checking in on this! Look forward to hearing from you on both fronts.

 On Fri, Mar 20, 2026 at 3:04 PM Shane Dupre <shane.dupre@rigidconstructors.com> wrote:
  Tristen,

  We have been working on funds the past few days. I should have an answer to