## Glascoe, Austin

| | |
|---|---|
| **From:** | John Plaisance <johnp@lacarriers.net> |
| **Sent:** | Tuesday, April 21, 2026 11:36 AM |
| **To:** | Mike Bailey; aguidry@rigidconstructors.com; Mark Comeaux; Shane Dupre; asettoon@rigidconstructors.com |
| **Cc:** | Tricia Steed; Tommy Plaisance; Glascoe, Austin; Tillery, Jeff |
| **Subject:** | [EXTERNAL] Payment |

Any update on ACH payment this morning?

Thanks,
John Plaisance


--