**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

LA CARRIERS, LLC
*Plaintiff*

VERSUS

Barge M 721, bearing Official No. 1048908,
Barge KS 1402, bearing Official No.1350534,
Barge KS 4513, bearing Official No.1228278,
Barge M 710, bearing Official No. 1197275,
Barge M 714, bearing Official No. 1138223,
Barge M 8004, bearing Official No. 1352515,
Barge M 8008, bearing Official No. 1352519,
Barge M 8007, bearing Official No. 1352518,
their engines, deck equipment, cranes, tackle,
furniture, apparel, appurtenances, etc., *in rem,*
and RIGID CONSTRUCTORS, LLC, *in*
*personam,* and MARMAC, LLC, *in personam*
*Defendants*

CIVIL ACTION NO.:

IN ADMIRALTY,
F.R.C.P. 9(h) AND RULE C

## DECLARATION VERIFYING COMPLAINT PURSUANT TO 28 U.S.C. § 1746

I, Johnny Plaisance, a person of the full age of majority and a resident of Louisiana, declare and state, pursuant to 28 U.S.C. § 1746, upon personal knowledge:

1. That I am the owner of LA Carriers, LLC;

2. That I am authorized to make this Declaration and to execute the foregoing Verified Complaint on behalf of Plaintiff, LA Carriers, LLC;

3. That I have read the Verified Complaint in the above-captioned matter;

4. That the facts and allegations contained therein are true and correct to the best of my knowledge, information and belief;

5. That the source of my knowledge and the grounds for my belief being information obtained from my personal knowledge and investigation by me and representatives of LA Carriers.

6. That Rigid Constructors, LLC is in default on the unpaid invoices, having failed to make payments of due under the verbal tug services agreement, despite amicable demand.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct.

**THUS DONE** and **SIGNED** this 23rd day of April_____, 2026, in New Orleans, Louisiana.

_____
Johnny Plaisance
LA Carriers, LLC

#103672314v1